IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00464-LTB-MJW

DIANA JOHNSON,

Plaintiff(s),

v.

TOWN OF VAIL, COLORADO, ET AL.,

Defendant(s).

## MINUTE ORDER

    It is hereby ORDERED that the Defendants' Unopposed Motion for Entry of Stipulated Protective Order (docket no. 16) is GRANTED finding good cause shown. The written Protective Order (docket no. 13) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: June 30, 2008