IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00464-LTB-MJW

DIANA JOHNSON,

Plaintiff(s),

v.

TOWN OF VAIL, COLORADO, ET AL.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Defer Answers to Contention Interrogatories (docket no. 20) is DENIED. That pursuant to Fed. R. Civ. P. 33(a)(2) and Cont'l Ill. Nat'l Bank & Trust Co. v. Caton, 136 F.R.D. 682, 684 (D. Kan. 1991), the plaintiff must provide a factual basis for her claims. Moreover, the defendants are entitled to know the factual basis of plaintiff's allegations and the documents which the plaintiff intends to use to support those allegations. If plaintiff later becomes aware of facts that conflict with her answers to such interrogatories and plaintiff needs to supplement her answers, she can amend her answers pursuant to Fed. R. Civ. P. 26(e).

It is FURTHER ORDERED that plaintiff shall provide answers to Defendants' interrogatories on or before July 31, 2008.

Date: July 23, 2008