UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00464-LTB-MJW

DIANA JOHNSON,

Plaintiff,

vs.

TOWN OF VAIL, COLORADO,
JAMES APPLEGATE,
JESSICA DEERY and
CRAIG BETT S,

Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
MODIFY SCHEDULING ORDER** ( Docket No. 29 )

---

Plaintiff's Unopposed Motion to Modify Scheduling Order came on regularly for consideration. The motion being unopposed and good cause appearing, it is,

ORDERED that the motion is granted And the Scheduling Order [Doc. #10] is modified to provide that the parties shall designate experts on or before November 21,

-1-

2008, and shall designate rebuttal experts on or before December 12, 2008.

Entered this 17TH day of September, 2008

*(signature)*
United States Magistrate Judge

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**