IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00464-LTB-MJW

DIANA JOHNSON,

    Plaintiff,

vs.

TOWN OF VAIL, COLORADO,
JAMES APPLEGATE,
JESSICA DEERY, and
CRAIG BETTIS,

    Defendants.

---

ORDER GRANTING STIPULATED MOTION (Docket No. 33)
TO VACATE SETTLEMENT CONFERENCE

---

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Stipulated Motion to Vacate Settlement Conference and the file, having considered said Stipulated Motion to Vacate Settlement Conference, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulated Motion to Vacate Settlement Conference is granted. The Settlement Conference scheduled for October 7, 2008 is vacated and may be reset on motion by either party.

DATED this 25Th day of September, 2008.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge