IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00464-LTB-MJW

DIANA JOHNSON,

Plaintiff,

v.

TOWN OF VAIL, COLORADO, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Unopposed Motion for Leave to Take the Deposition of Sgt. Mark Allen (Docket No. 58) is granted, and the plaintiff shall thus be allowed to depose Sgt. Mark Allen after the discovery deadline.

Date: March 11, 2009