**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00464-LTB-MJW

DIANA JOHNSON,

      Plaintiff,

v.

TOWN OF VAIL, COLORADO,
JAMES APPLEGATE,
JESSICA DEERY, and
CRAIG BETTIS,

      Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion to File Surreply to Defendants' Motion for Summary Judgment (Doc 79 - filed April 10, 2009) is **GRANTED**. Plaintiff's Surreply is due **on or before April 23, 2009**. Defendants have **up to and including May 4, 2009** to file a sur-response.

Dated:  April 13, 2009
_____