IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00464-LTB-MJW

DIANA JOHNSON,

Plaintiff,

v.

TOWN OF VAIL, COLORADO, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate Settlement Conference, DN 90, filed with the Court on September 16, 2009, is GRANTED. The Settlement Conference set on September 29, 2009, at 10:00 a.m., before Magistrate Judge Watanabe is VACATED. The parties shall file a written status report with the court within 5 days following the completion of their outside mediation to inform the court of the outcome of same.

Date:   September 17, 2009