IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-00464-LTB-MJW

DIANA JOHNSON,

         Plaintiff,

v.

JAMES APPLEGATE,
JESSICA DEERY, and

         Defendants.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Remaining Defendants With Prejudice (Doc 98 - filed October 22, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                   BY THE COURT:

                                                    s/Lewis T. Babcock
                                                    LEWIS T. BABCOCK, JUDGE

DATED: October 23, 2009